UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 20-CV-24968-DLG

WINDY LUCIUS,

    Plaintiff,

v.

BONPOINT USA, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

The parties, Plaintiff WINDY LUCIUS and Defendant BONPOINT USA, INC., by and through their undersigned counsel and pursuant to Local Rule 16.4, hereby give notice that they have agreed to a settlement of all issues, including fees and costs, in this matter, subject only to the final drafting of specific documents to memorialize the agreement. No further action by the Court is requested at this time.

| | |
|---|---|
| By: _s/ Courtney Cunningham_____<br>J. Courtney Cunningham<br>8950 SW 74th Court<br>Suite 2201<br>Miami, FL 33156<br>Tel: 305.351.2014<br>Email: cc@cunninghampllc.com<br><br>*Attorneys for Plaintiff Windy Lucius* | By: _s/. Dori K. Stibolt_____<br>Dori K. Stibolt<br>Fox Rothschild LLP<br>777 South Flagler Drive<br>Suite 1700 - West Tower<br>West Palm Beach, FL 33401<br>561/835-9600<br>561/835-9602 Fax<br>dstibolt@foxrothschild.com<br><br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/  Dori K. Stibolt*
Dori K. Stibolt

## SERVICE LIST

*United States District Court*
*Southern District of Florida*
Case No. 20-CV-24968-DLG

| Juan Courtney Cunningham<br>8950 SW 74th Court<br>Suite 2201<br>Miami, FL 33156<br>Tel: 305.351.2014<br>Email: cc@cunninghampllc.com<br><br>*Attorneys for Plaintiff Windy Lucius* | Dori K. Stibolt<br>dstibolt@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>777 South Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401<br>Tel:  561-835-9600<br>Fax:  561-835-9602<br><br>*Attorneys for Defendant Bonpoint USA, Inc.* |
|---|---|