```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      Case No. 20-cv-24968-DLG
```

WINDY LUCIUS,

Plaintiff,

v.

BONPOINT USA, INC.,

Defendant.
_____/

### NOTICE OF COURT PRACTICE UPON A NOTICE OF SETTLEMENT

**THIS CAUSE** comes before the Court upon the parties' Notice of Settlement [D.E. 10]. Based thereon

**THE PARTIES** are hereby notified that, within thirty (30) days from the entry of this Order, the Parties must file a Stipulation of Dismissal, Settlement Agreement, or any other pertinent documents necessary to conclude this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall administratively **CLOSE** this matter. All other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of January, 2021.

```
                              s/ Donald L. Graham_____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE
```

cc:  All Counsel of Record